UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

    v.

ROLLINS COLLEGE,

          Defendant.

------------------------------------- x

No.: 1:23-cv-5910

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ROLLINS COLLEGE, with prejudice and without fees and costs.

Dated: New York, New York
       November 27, 2023

                                    **GOTTLIEB & ASSOCIATES**

                                    _/s/Michael A. LaBollita, Esq._

                                    Michael A. LaBollita, Esq., (ML-9985)
                                    150 East 18th Street, Suite PHR
                                    New York, NY 10003
                                    Phone: (212) 228-9795
                                    Fax: (212) 982-6284
                                    Michael@Gottlieb.legal

                                    *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge